408

745 A.2d 613

**COMMONWEALTH of Pennsylvania, Appellee,**

v.

**Jerry J. MARSHALL, Jr., Appellant.**

Supreme Court of Pennsylvania.

Jan. 13, 2000.

## ORDER

PER CURIAM.

AND NOW, this 13 th day of January, 2000, the Order of the Court of Common Pleas of Philadelphia County is hereby vacated for failure to comply with Pa.R.A.P.1925(a), and the matter is remanded to the trial court in order for it to issue an opinion which adequately addresses all of the relevant issues. See *Commonwealth v. Williams*, 557 Pa. 207, 732 A.2d 1167 (1999).